**Affirmed and Memorandum Opinion filed September 18, 2014.**



In The

# Fourteenth Court of Appeals

NO. 14-14-00344-CV
NO. 14-14-00351-CV
NO. 14-14-00352-CV
NO. 14-14-00368-CV

## IN THE INTEREST OF X.I.M., P.M., E.C., D.C., E.C., AND Y.C., CHILDREN

On Appeal from the 312th District Court
Harris County, Texas
Trial Court Cause Nos. 2002-50811, 2011-10644, 2012-42185, & 2011-01184J

## M E M O R A N D U M   O P I N I O N

Appellant, Doana Montoya, appeals three final decrees signed April 28, 2014, terminating her parental rights to X.I.M., P.M., E.C., and D.C. Appellant further appeals a judgment signed April 28, 2014, appointing the Department of Family and Protective Services managing conservator of E.C. and Y.C. Appellant filed a timely notice of appeal.

Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). The *Anders* procedures are applicable to an appeal from the termination of parental rights when an appointed attorney concludes that there are no non-frivolous issues to assert on appeal. *In re D.E.S.*, 135 S.W.3d 326, 329 (Tex. App.—Houston [14th Dist.] 2004, no pet.).

On July 14, 2014, a copy of the record and counsel's brief were delivered to appellant and appellant was notified of the right to file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991); *In re D.E.S.*, 135 S.W.3d at 329–30. More than thirty days have elapsed and as of this date, no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. A discussion of the brief would add nothing to the jurisprudence of the state.

Accordingly, the judgment of the trial court is affirmed.


PER CURIAM


Panel consists of Justices Boyce, Jamison, and Donovan.